IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

```
FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2024 MAY 24  PM 1:42

JEFFREY P. COLWELL
        CLERK

BY_____DEP. CLK
```

Civil Action No. **24CV1483**

(To be supplied by the court)

William Neil Alter          Plaintiff,

v.

John Gates (Mayor),

Raymond Lee III (City Manager),

Tommy Butler (City Council),

Deb DeBoutez (City Council),

Johnny Olson (City Council),

Dale Hall (City Council),

Brett Payman (City Council),

Melissa McDonald (City Council),

Adam Turk (Chief of Police),

Michael Zeller (Deputy Chief of Police),

Jason Edwards (Deputy Chief of Police),

Unknown Police Officers #1-4,

The City of Greeley,

Defendant(s).

---

## CIVIL RIGHTS COMPLAINT WITH JURY DEMAND

A. **PLAINTIFF INFORMATION**

William Neil Alter
3620 10th Street Unit B-241
Greeley, CO 80634
(970) 652-7670

B. **DEFENDANT(S) INFORMATION**

Defendant 1:  John Gates, Mayor
1000 10th Street
Greeley, CO 80631
(970) 350-9740

Defendant 2:  Raymond Lee III, City Manager
1000 10th Street
Greeley, CO 80631
(970) 350-9740

Defendant 3:  Tommy Butler, City Council
1000 10th Street
Greeley, CO 80631
(970) 350-9740

Defendant 4:  Deb DeBoutez, City Council
1000 10th Street
Greeley, CO 80631
(970) 350-9740

Defendant 5:  Johnny Olson, City Council
1000 10th Street
Greeley, CO 80631
(970) 350-9740

Defendant 6:  Dale Hall, City Council
1000 10th Street
Greeley, CO 80631
(970) 350-9740

Defendant 7:  Bret Payton, City Council
1000 10th Street
Greeley, CO 80631
(970) 350-9740

Defendant 8:  Melissa McDonald, City Council
1000 10th Street
Greeley, CO 80631
(970) 350-9740

2

Defendant 9:   Adam Turk
Chief of Police
2875 W. 10th Street
Greeley, CO 80634
(970) 350-9605

Defendant 10: Michael Zeller
Deputy Chief of Police
2875 W. 10th Street
Greeley, CO 80634
(970) 350-9605

Defendant 11: Jason Edwards
Deputy Chief of Police
2875 W. 10th Street
Greeley, CO 80634
(970) 350-9605

Defendant 12: Unknown Officer #1
Greeley Police Department
2875 W. 10th Street
Greeley, CO 80634
(970) 350-9605

Defendant 13: Unknown Officer #2
Greeley Police Department
2875 W. 10th Street
Greeley, CO 80634
(970) 350-9605

Defendant 14: Unknown Officer #3
Greeley Police Department
2875 W. 10th Street
Greeley, CO 80634
(970) 350-9605

Defendant 15: Unknown Officer #4
Greeley Police Department
2875 W. 10th Street
Greeley, CO 80634
(970) 350-9605

Defendant 16: The City of Greeley
1000 10th Street
Greeley, CO 80631
(970) 350-9740

C.  **JURISDICTION**

| | | |
|---|---|---|
| _X_ | *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388 (1971) | |
| _X_ | 28 U.S.C. § 1331 | (Employee Tort Claim) |
| _X_ | 28 U.S.C. § 1346 | (Tort Claim Act) |
| _X_ | 28 U.S.C. § 1367 | (Conferred State Constitutional Claim) |
| _X_ | 28 U.S.C. § 1391(b) | (Proper Venue) |
| _X_ | 28 U.S.C. § 2680 | (Employee Tort Claim Act) |
| _X_ | 42 U.S.C. § 1983 | (Violation of Civil Rights) |
| _X_ | 42 U.S.C. § 1985 | (Civil Rights Conspiracy) |
| _X_ | 42 U.S.C. § 1986 | (Failure to Act or Intervene) |
| _X_ | 42 U.S.C. § 1988 | (Attorney Fees) |
| _X_ | Colo.Rev.Stat. § 13-21-131 | (Pendant State Constitutional Claim) |
| _X_ | Colo.Rev.Stat. § 13-21-131(3) | (Attorney Fees) |
| _X_ | Colo.Rev.Stat. § 24-31-901(3) | (Peace Officer) |

At all times relevant to this civil rights complaint, the Defendants in this matter were all citizens of the United States and the State of Colorado, acting in the color of State Law.

4

D.  **STATEMENT OF CLAIM(S)**

CLAIM ONE:   42 U.S.C. § 1983 *Monell* Claim in violation of the 8th and 14th Amendments.

Supporting facts:   Plaintiff hereby incorporates by reference the foregoing paragraphs of this Complaint as if set forth fully herein. Plaintiff brings this claim against the Defendants in their personal and official capacities acted under the color of State Law with reckless disregard and total indifference to Plaintiff's injuries. Defendants "Unknown Officers 1-4" had the duty and responsibility, but failed to address the seriousness of Plaintiff's medical needs allowing substantial risk of permanent physical and mental injury. These same Defendants also failed to secure Plaintiff's personal property from theft and vandalism.

CLAIM TWO:   42 U.S.C. § 1985 *Monell* Claim in violation of the 8th and 14th Amendments.

Supporting facts:   Plaintiff hereby incorporates by reference the foregoing paragraphs of this Complaint as if set forth fully herein. Plaintiff brings this claim against the Defendants in their personal and official capacities acted under the color of State Law with reckless disregard and total indifference to Plaintiff's injuries. Defendants "Unknown Officers 1-4" had the duty and responsibility to secure Plaintiff's personal property but failed to do so. Their collective disregard, indifference and conspiracy to ignore Plaintiff's injuries and personal property caused damage to Plaintiff.

CLAIM THREE:   42 U.S.C. § 1986 *Monell* Claim in violation of the 8th and 14th Amendments.

Supporting facts:   Plaintiff hereby incorporates by reference the foregoing paragraphs of this Complaint as if set forth fully herein. Plaintiff brings this claim against the Defendants in their personal and official capacities acting under the color of State Law with reckless disregard and total indifference to Plaintiff. Defendants "Unknown Officers 1-4" had the duty and responsibility to obtain medical assistance for Plaintiff and secure his personal property. Their collective failure to intervene caused damage to Plaintiff.

CLAIM FOUR:   42 U.S.C. § 1983 *Monell* Claim in violation of the 8th and 14th Amendments.

Supporting facts:   Plaintiff hereby incorporates by reference the foregoing paragraphs of this Complaint as if set forth fully herein. Plaintiff brings this claim against the Defendants in their personal and official capacities acting under the color of State Law with reckless disregard and total indifference to Plaintiff. Defendants Turk, Zeller and Edwards had both a duty and responsibility to oversee the "Unknown Officers 1-4" in the Greeley Police Department. They had the authority to create and enforce officer policies, procedures, regulations and practices within the Greeley Police Department. Their collective failure caused damage to Plaintiff.

CLAIM FIVE:     42 U.S.C. § 1983 *Monell* Claim in violation of the 8th and 14th Amendments.

Supporting facts:   Plaintiff hereby incorporates by reference the foregoing paragraphs of this Complaint as if set forth fully herein. Plaintiff brings this claim against the Defendants in their personal and official capacities acting under the color of State Law with reckless disregard and total indifference to Plaintiff. Defendants Gates, Lee, Butler, DeBoutez, Olson, Hall, Payton and McDonald had the duty and responsibility to oversee the Greeley Police Department. They had the authority to provide oversight for policies, procedures, regulations and practices within the Greeley Police Department. Their collective failure to do so caused damage to Plaintiff.

E.  **REQUEST FOR RELIEF**

   A. All appropriate relief at law and equity.

   B. Compensatory, non-economic, consequential and economic damage including, but not limited to emotional stress, suffering, humiliation, inconvenience, mental anguish, loss of enjoyment of life as well as other pain and suffering in amount to be determined at trial.

   C. Pre-judgement and post judgement interest in the highest lawful amount.

   D. Attorney fees and costs associated with this action as allowed by law.

   E. Any further relief the Court deems just and proper.

F.  **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that all of the information included in this civil complaint is true and correct pursuant to 28 U.S.C. § 1746 and 18 U.S.C. § 1621. Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11. Certificate of Service attached.

DATED this 24th day of May, 2024.

s/ *William N. Alter*

William N. Alter, pro se

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS 24th DAY OF MAY, 2024 THE ENCLOSED CIVIL RIGHTS COMPLAINT WAS FILED AND/OR MAILED TO THE FOLLOWING:

Office of the Clerk
For the District of Colorado
Alfred A. Arraj Copurthouse
901 19th Street-Room A105
Denver, CO  80294

Clerk of the Court

City of Greeley
1000 10th Street
Greeley, CO 80631

Defendants Gates, Lee, Butler, DeBoutez, Olson, Hall, Payton, McDonald

Greeley Police Department
2875 W. 10th Street
Greeley, CO 80634

Defendants Turk, Zeller, Edwards, Unknown Officers #1-4

RESPECTFULLY CERTIFIED this 24th day of May, 2024.

s/ William N. Alter

William N. Alter
3620 W. 10th Street Unit B-204
Greeley, CO  80634