IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

24 SEP -6 PM 1:05

Civil Action No.     １:24-cv-01483
(To be supplied by the court)

WILLIAM NEIL ALTER,
    Plaintiff

v.

**Jury Trial requested:**
(please check one)
 X  Yes   ___ No

JOHN GATES,
RAYMOND LEE III,
TOMMY BUTLER,
DEB DEBOUTEZ,
JOHNNY OLSON,
DALE HALL,
BRETT PAYMAN,
MELISSA MCDONALD,
ADAM TURK
MICHAEL ZELLER,
JASON EDWARDS,
UNKNOWN POLICE OFFICERS 1-4,
THE CITY OF GREELEY,
Defendants.

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

---

## AMENDED COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.

A.  **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

William Neil Alter
3620 10th Street Unit B-241
Greeley, CO 80634
(970) 652-7670

B.  **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:  John Gates, Mayor
1000 10th Street
Greeley, CO 80631

Defendant 2:  Raymond Lee III, City Manager
1000 10th Street
Greeley, CO 80631

Defendant 3:  Tommy Butler, City Council
1000 10th Street
Greeley, CO 80631

Defendant 4:  Deb DeBoutez, City Council
1000 10th Street
Greeley, CO 80631

Defendant 5:  Johnny Olson, City Council
1000 10th Street
Greeley, CO 80631

Defendant 6:  Dale Hall, City Council
1000 10th Street
Greeley, CO 80631

Defendant 7:  Bret Payton, City Council
1000 10th Street
Greeley, CO 80631

Defendant 8:  Melissa McDonald, City Council
1000 10th Street
Greeley, CO 80631

Defendant 9:  The City of Greeley
1000 10th Street
Greeley, CO 80631

2

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

__X__   Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case:

42 U.S.C. § 1983,  42 U.S.C. § 1985,  42 U.S.C. § 1986 and 42 U.S.C. § 12101 et seq

_____

____   Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of __Colorado__.

If Defendant 1-8 are individuals, Defendants are citizens of __Colorado__.

If Defendant 9 is a corporation,

Defendant 9 is incorporated under the laws of Colorado (name of state or foreign nation).

Defendant 9 has its principal place of business in Colorado (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

**D.   STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:   42 U.S.C. § 1983 *Monell* Claim in violation of the 8th and 14th Amendments.

Supporting facts:   Plaintiff hereby incorporates by reference the foregoing paragraphs of this Complaint as if set forth fully herein. Plaintiff brings this claim against the Defendants in their personal and official capacities acted under the color of State Law with reckless disregard and total indifference to Plaintiff's injuries. Defendants "Unknown Officers 1-4" had the duty and responsibility, but failed to address the seriousness of Plaintiff's medical needs allowing substantial risk of permanent physical and mental injury. These same Defendants also failed to secure Plaintiff's personal property from theft and vandalism.

CLAIM TWO:   42 U.S.C. § 1985 *Monell* Claim in violation of the 8th and 14th Amendments.

Supporting facts:   Plaintiff hereby incorporates by reference the foregoing paragraphs of this Complaint as if set forth fully herein. Plaintiff brings this claim against the Defendants in their personal and official capacities acted under the color of State Law with reckless disregard and total indifference to Plaintiff's injuries. Defendants "Unknown Officers 1-4" had the duty and responsibility to secure Plaintiff's personal property but failed to do so. Their collective disregard, indifference and conspiracy to ignore Plaintiff's injuries and personal property caused damage to Plaintiff.

CLAIM THREE:   42 U.S.C. § 1986 *Monell* Claim in violation of the 8th and 14th Amendments.

Supporting facts:   Plaintiff hereby incorporates by reference the foregoing paragraphs of this Complaint as if set forth fully herein. Plaintiff brings this claim against the Defendants in their personal and official capacities acting under the color of State Law with reckless disregard and total indifference to Plaintiff. Defendants "Unknown Officers 1-4" had the duty and responsibility to obtain medical assistance for Plaintiff and secure his personal property. Their collective failure to intervene caused damage to Plaintiff.

CLAIM FOUR:   42 U.S.C. § 12101 et seq in violation of the Americans with Disability Act.

Supporting facts:   Plaintiff hereby incorporates by reference the foregoing paragraphs of this Complaint as if set forth fully herein. Plaintiff brings this claim against the Defendants in their personal and official capacities acting under the color of State Law with reckless disregard and total indifference to Plaintiff's disabilities. Their collective failure caused damage to Plaintiff.

## BACKGROUND OF THIS CASE

The Plaintiff in this civil matter was brutally and severally assaulted at his place of employment on September 18th, 2021. This assault was planned in advance by his former employer, however Plaintiff was not only assaulted by his former employer, but son of his former employee and several other employees under the direction of his boss. After the initial assault by his boss with a large heavy-duty drill, Plaintiff immediately fell to the floor. He was subsequently kicked and beaten by the suspects in Greeley Police Department Case Number 21GP073383. One employee and witness to the incident (Sarah Jean Peterson) assisted the Plaintiff to her car, and drove him to UC Health for emergency medical treatment. Plaintiff suffered from multiple head wounds, severe bleeding and trauma. The charge nurse on duty for UC Health (Amanda Wilson), contacted the Greeley Police Department shortly after Plaintiff's arrival. Officer Diaz (GP0473 PLWA) of the Greeley Police Department was dispatched to UC Health on what the Greeley Police Department classified as a "cold assault" despite the fact that this pre-planned criminal assault had just occurred within the last few hours. According to the Greeley Police Department Case Number 21GP073383 Original Report, no officers were ever dispatched that early morning of September 19th, 2021 to the "scene" of this premeditated vicious assault on Plaintiff, which occurred at 1128 E. 8th Street #6 in Greeley. Plaintiff provided complete contact information, including cell phone number and email address, to Officer Diaz during the interview, as witnessed by Sarah Jean Peterson. None of this information appeared in the Original Greeley Police Report for Case Number 21G073383. Officer Diaz stated in her original report that her "body worn camera" and "medical release form" were in evidence. Plaintiff advised Officer Diaz during the interview at UC Health that the real motive of this preplanned attack orchestrated by his former employer was really just an excuse not to pay all of the back wages owed to Plaintiff and to keep his tools.

5

## **FAILURE TO INVESTIGATE**

According to the Greeley Police Department Original Police Report for Case Number 21G073383, the Defendants in this matter made very little effort to investigate the Plaintiff's assault on September 18th, 2021. They failed to dispatch officers to the scene of the assault on September 18th, 2021 in a timely manner and "suspended" their investigation pending contact with the suspect(s) and other witnesses. According to the Greeley Police Department Report for Case Number 21G073383, the only additional entry related to this case was entered almost a year later on July 2nd 2022 by Officer Diaz (GP0473 PLWA). Officer Diaz now states that there are multiple other cases related to the suspects at the same address including 22G019813, 22G027292, 22037725, 22G052697 and 22G053515. She now states that there is <u>not</u> a "body worn camera" or "evidence" in the Plaintiff's Case Number 21G073383. Officer Diaz again states in her "supplement" report dated July 2nd 2022 that this case once again "will be suspended" pending contact with the suspect or other witnesses. In summary of the police reports, the Greeley Police Department now suspends investigation of <u>all six cases</u> involving suspects that were working at 1128 E. 8th St #6 in Greeley.

Plaintiff's former employer continued to operate his business at 1128 E. 8th #6 in Greeley from 2021 until 2022. In 2022, after five more City of Greeley Police Department cases were opened, he was evicted by the property owner and subsequently moved his business to 128 S. 2nd Street in LaSalle, CO 80645 which he now calls "Mike's RV, Body & Paint". His girlfriend (Jessica) and witness to the criminal assault on September 18th 2021 in City of Greeley Police Department Case Number 21G073383 can also be found at the same address, as they are both currently living and working there "in plain sight".

## **FAILURE TO RECOVER PLAINTIFF'S STOLEN PROPERTY**

According to the Greeley Police Department Original Police Report for Case Number 21G073383, the Defendants in this matter have made NO EFFORT to recover Plaintiff's work tools and other personal property located at 1128 E. 8th St #6, the scene of the premeditated assault on September 18th, 2021. Plaintiff made several requests to his ex-employer for the return of his personal property located at this address, but since the City of Greeley Police Department had officially suspended any investigation of the original assault case, Plaintiff's ex-employer then persuaded his girlfriend (Jessica) to file a request for a restraining order in yet another attempt to not pay Plaintiff any of his back wages or return his personal property located at his ex-employer's place of business.

Plaintiff is troubled that the suspects in the City of Greeley Police Department Case Number 21G073383 continued to work "in plain sight" at 1128 E. 8th St #6, sometimes as much as 6 days a week for approximately a year after the incident, yet the Greeley Police Department can't seem to be able to "make contact" with any of them. Citizens of City of Greeley have the right to expect more from their law enforcement, especially in a case involving premeditated criminal assault.

## **FAILURE TO ADVISE VICTIM**

Officer Diaz (GP0473 PLWA) made no attempt to advise Plaintiff as to the status of Case Number 21G073383 (suspended) between September 19th, 2021 and May 2024. Plaintiff in this case made numerous efforts to contact Officer Diaz (GP0473 PLWA) between September 19th, 2021 and May 2024 to no avail. Frustrated with the Greeley Police Department and their lack of action in this matter, Plaintiff filed Civil Action No. 1:24-cv-01483 on May 24th, 2024. Plaintiff also made numerous attempts to obtain the Police Reports related to Case Number 21G073383 between September 19th, 2021 and May 2024 and was denied each time. The records section of the Greeley Police Department continued to refuse Plaintiff access to the police reports in his very own case, until June 21st, 2024 (see footnotes on the bottom of police reports). The Defendants in this civil matter were "served" following the filing of Plaintiff's Civil Action, Case No. 1:24-cv-01483-RTG, on May 24th, 2024. As a result, Plaintiff now has obtained a copy of his police reports and files this *Motion for Leave to Submit Greeley Police Department Police Reports* to the Court for further review in this matter.

Plaintiff, as the victim in this matter, is very troubled that the citizens of the City of Greeley are intentionally blocked from obtaining copies of their own police report. It is even more troubling that Officer Diaz purposedly chose not to inform Plaintiff that his case had long been suspended. Law Enforcement is supposed to be transparent with the public, not to mention transparent with the victim in a criminal assault case. Citizens of the City of Greeley have the right to expect more from law enforcement, especially in a case involving premeditated criminal assault.

**E.    REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

1. All appropriate relief at law and equity.

2. Compensatory, non-economic, consequential and economic damage including, but not limited to emotional stress, suffering, humiliation, inconvenience, mental anguish, loss of enjoyment of life as well as other pain and suffering in amount to be determined at trial.

3. Pre-judgement and post judgement interest in the highest lawful amount.

4. Attorney fees and costs associated with this action as allowed by law.

5. Any further relief the Court deems just and proper.

**F.    PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

s/William Neil Alter
_____
(Plaintiff's signature)

September 6, 2024
_____
(Date)

(Revised February 2022)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS SIXTH DAY OF SEPTEMBER, 2024 THE ENCLOSED *"AMENDED COMPLAINT"* WAS DELIVERED/MAILED TO THE FOLLOWING ARTIES:

| | |
|---|---|
| Office of the Clerk<br>For the District of Colorado<br>Alfred A. Arraj Courthouse<br>901 19th Street-Room A105<br>Denver, CO 80294 | Clerk of the Court |
| City of Greeley<br>1000 10th Street<br>Greeley, CO 80631 | Defendants Gates, Lee, Butler, DeBoutez, Olson, Hall, Payton, McDonald |
| Greeley Police Department<br>2875 W. 10th Street<br>Greeley, CO 80634 | Defendants Turk, Zeller, Edwards, Unknown Officers #1-4 |

RESPECTFULLY CERTIFIED this 6th day of September, 2024.

s/ *William N. Alter*

William N. Alter
3620 W. 10th Street Unit B-241
Greeley, CO 80634